ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
2009 JAN 20 P 3: 04
CLERK BMcCarthy

| | | |
|---|---|---|
| HERRACIAL GUNN, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 307-79 |
| DAVID MCNEAL, et al., | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motions to dismiss are **MOOT** (doc. nos. 21, 40), this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 20th day of January, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE